IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>MARIO J. ZAYAS-CAÑIZARES<br>Defendant | CRIMINAL 00-0039CCC |

**O R D E R**

The United States shall respond to the Motion for Some Disposition Regarding Restitution Obligation filed by U.S. Probation Officer Martín De Santiago on April 13, 2005 (docket entry 39) by APRIL 29, 2005.

SO ORDERED.

At San Juan, Puerto Rico, on April 20, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge