UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br><br>            v.<br><br>MARIO J. ZAYAS CAÑIZARES<br>Defendant | Case No.  00CR039-01(CCC) |

**RESPONSE TO MOTION FOR SOME DISPOSITION
REGARDING RESTITUTION OBLIGATION**

**TO THE HONORABLE COURT:**

NOW COMES the United States of America represented by the undersigned attorneys and respectfully sets forth as follows:

In compliance with the Order dated April 20, 2005, the U.S. Government states that it has no objection that defendant's Supervised Release Term ends on May 27, 2005.

Defendant should continue his monthly payments in the amount of $150.00 and submit himself to annual financial reviews as requested by the United States of America.

In San Juan, Puerto Rico, this 29th day of April, 2005.

H. S. GARCIA
United States Attorney


S/REBECCA VARGAS VERA
Assistant U.S. Attorney
USDC Id No.  203307
Financial Litigation Unit
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR  00918
Tel. No. (787) 766-5656