IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>MARIO J. ZAYAS-CAÑIZARES<br>Defendant | CRIMINAL 00-0039CCC |

**O R D E R**

Having considered the Motion for Some Disposition Regarding Restitution Obligation filed by U.S. Probation Officer Martín de Santiago on April 13, 2005 (**docket entry 39**) and the United States' response filed on April 29, 2005 (**docket entry 41**), the same is GRANTED. Accordingly, defendant Mario J. Zayas-Cañizares' term of supervised release will expire on May 27, 2005 as previously scheduled.

SO ORDERED.

At San Juan, Puerto Rico, on May 11, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge